```
                              United States Bankruptcy Court
                                 Northern District of Ohio
In re:                                                              Case No. 20-10069-aih
Jonathan Smith                                                      Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0647-1            User: admin                 Page 1 of 2          Date Rcvd: Apr 16, 2020
                                Form ID: 318                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             +Jonathan Smith,    13812 South Parkway Drive,     Cleveland, OH 44105-6842
26517266       +A to Z Real Estate Solutions, LLC,    9302 Asbury Circle,     Westminster CA 92683-6508
26400427       +A-Z Real Estate Solutions, LLC,    9302 Asbury Cir,    Westminster, CA 92683-6508
26400431       +Cleveland Illuminating Co,    5001 NASA Blvd,    Fairmont, WV 26554-8248
26400432       +Cuyahoga Community College,    c/o Christopher Klym,     24441 Detroit Rd Suite 300,
                 Westlake, OH 44145-1543
26400433       +Cuyahoga County CSEA,    1640 Superior Ave E,    Cleveland, OH 44114-2908
26400435       +Deutsche Bank National Trust Company,     c/o National Title Clearing,    2100 Alt 19 North,
                 Palm Harbor, FL 34683-2620
26400436       +Dominion Energy,    PO Box 5759,   Cleveland, OH 44101-0759
26400437       +First Credit Corp,    ATTN: Bankruptcy,    PO Box 9300,    Boulder, CO 80301-9300
26400442       +SNAP RTO LLC,    PO Box 26561,   Salt Lake City, UT 84126-0561

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QDOSIMON.COM Apr 17 2020 03:38:00      David O. Simon, Trustee,    55 Public Square,
                 Suite 2100,    Cleveland, OH 44113-1902
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Apr 17 2020 00:09:30       Cynthia J. Thayer,
                 US Department of Justice,     201 Superior Avenue,   Suite 441,    Cleveland, OH 44114-1234
26400428        EDI: AIS.COM Apr 17 2020 03:38:00      American InfoSource,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
26463757       +EDI: ATLASACQU.COM Apr 17 2020 03:38:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
26400429       +E-mail/Text: bankruptcy@jdbyrider.com Apr 17 2020 00:11:39       CNAC,
                 12802 Hamilton Crossing Blvd,    Carmel, IN 46032-5424
26400434        E-mail/Text: TRBANKRUPTCY@CUYAHOGACOUNTY.US Apr 17 2020 00:11:35       Cuyahoga County Treasurer,
                 2079 East 9th,    Cleveland, OH 44115
26400438        EDI: GMACFS.COM Apr 17 2020 03:38:00      National Auto Finance Company,    PO Box 130424,
                 Roseville, MN 55113-0004
26400439       +E-mail/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov Apr 17 2020 00:08:55
                 Ohio Department of Taxation,    c/o Ohio Attorney General,     150 E. Gay. Street 21st floor,
                 Columbus, OH 43215-3191
26400440        E-mail/Text: info@plazaservicesllc.com Apr 17 2020 00:08:58       Plaza Services,
                 110 Hammond Drive Suite 110,    Atlanta, GA 30328
26400441        EDI: Q3G.COM Apr 17 2020 03:38:00      Quantum3 Group, LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Byrider Finance, LLC, d/b/a CNAC
cr*            +A to Z Real Estate Solutions,    9302 Asbury Circle,    Westminster, CA 92683-6508
cr*            +Atlas Acquisitions LLC,    294 Union Street,    Hackensack, NJ 07601-4303
26400430      ##+Cleveland Acceptance Corp,    2106 Payne Ave,    Cleveland, OH 44114-4406
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0647-1           User: admin                 Page 2 of 2                  Date Rcvd: Apr 16, 2020
                               Form ID: 318                Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:

      Austin B. Barnes, III    on behalf of Creditor    A to Z Real Estate Solutions
       abarnes@sandhu-law.com,  bk1notice@sandhu-law.com
      David O. Simon, Trustee    david@simonlpa.com,  dosimon@ecf.axosfs.com
      Scott D. Fink    on behalf of Creditor    Byrider Finance, LLC, d/b/a CNAC ecfndoh@weltman.com
      William C. Behrens    on behalf of Debtor Jonathan  Smith billbehrens@dannlaw.com,
       1043355420@filings.docketbird.com,notices@dannlaw.com,amy@dannlaw.com

      TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jonathan Smith** | Social Security number or ITIN **xxx–xx–0108** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Ohio**

Case number:  **20–10069–aih**

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan Smith

<u>4/15/20</u>                                                                                 **By the court:** <u>ARTHUR I HARRIS</u>
                                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**